IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| GELIA MUNOZ ROJO AND<br>JOSE MANDERA MUNOZ,<br><br>    *Plaintiffs,*<br><br>VS.<br><br>UR M. JADDOU, Director of Citizenship<br>and Immigration Services et al.,<br><br>    *Defendant.* | CIVIL ACTION NO. 9:23-CV-00150<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the Court is the Plaintiffs' Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i). Plaintiffs advise that this matter has been resolved and they now seek a dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

        **SIGNED this 3rd day of November, 2023.**

 

_____
Michael J. Truncale
United States District Judge